IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. DARIN BRIGHT, et al.,<br><br>　　　　Defendants. | No. C 13-5735 LHK (PR)<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO EXTEND TIME TO FILE A DISPOSITIVE MOTION<br><br>(Docket No. 18) |

　　　Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On April 7, 2014, the court issued an order directing defendants to file a dispositive motion within ninety days of the court's order.  (Docket No. 9.)  Defendants have filed a motion to extend the time in which to file a dispositive motion to October 17, 2014.  (Docket No. 18.)

　　　Defendants' motion is **GRANTED** in part.  Defendants are granted a sixty-day extension of time and shall file a dispositive motion **no later than September 5, 2014**.  Plaintiff shall file an opposition within twenty-eight days after the filing date of defendants' dispositive motion.  Defendants shall file a reply within fourteen days thereafter.

　　　This order terminates docket no. 18.

　　　IT IS SO ORDERED.

DATED:  7/16/14

　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting in part Defs. Mot. to Extend Time to File Dispositive Motion
P:\PRO-SE\LHK\CR.13\Gonzalez735eot1-dispo.wpd