UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC L. GONZALEZ,

    Plaintiff,

  v.

DARIN BRIGHT, et al.,

    Defendants.

Case No.  13-cv-05735-LHK   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on November 12, 2015, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff , Eric L Gonzalez Pro Se.

    (  )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Richard Vincent with CDCR counsel Patricia Lee.

    (  )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1. attached remain for this Court to resolve.

2. ( X)  The parties are unable to reach an agreement at this time.

3. **IT IS SO ORDERED.**

4. Dated: November 16, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DARIN BRIGHT, et al.,<br><br>　　　　Defendants. | Case No.  13-cv-05735-LHK   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on November 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric L. Gonzalez ID: E66196
State Prison Correctional Training Facility
P.O. Box 689
E Wing   218 Low
Soledad, CA 93960-0689

Dated: November 16, 2015

　　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS

3