UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>DARIN BRIGHT, et al.,<br><br>    Defendants. | Case No. 13-cv-05735-LHK  (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

    A settlement conference was held on March 10, 2016 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff, Eric Gonzales Pro Se

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Rohit Kodical

    (   )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

1  ( X ) The parties continue to work toward settlement.  A status conference is scheduled
2  for 4/19/2016 at 1:00 p.m.  Parties may appear by phone by dialing 888-684-8852 and entering
3  access code 1868782.

4  **IT IS SO ORDERED.**

5  Dated: 3/16/2016

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>DARIN BRIGHT, et al.,<br><br>        Defendants. | Case No. 13-cv-05735-LHK (NJV)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 16, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric L. Gonzalez ID: E66196
Solano State Prison
2100 Peabody Road
P.O. Box 4000
Vacaville, CA 95696

Dated: March 16, 2016

                                    Susan Y. Soong
                                    Clerk, United States District Court

                                    By:_____
                                    Gloria Knudson, Deputy Clerk to the
                                    Honorable NANDOR J. VADAS