United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5             NORTHERN DISTRICT OF CALIFORNIA

6

7    ERIC L. GONZALEZ,                    Case No.  13-cv-05735-LHK   (NJV)

            Plaintiff,

8

         v.                              **REPORT OF PRO SE PRISONER
9                                        EARLY SETTLEMENT PROCEEDING**

10   DARIN BRIGHT, et al.,

            Defendants.

11

12

13         A settlement conference was held on May 3, 2016, and the results of that proceeding are

14   indicated below:

15         (1)  The following individuals, parties, and/or representatives participated in the

16              proceeding, and each possessed the requisite settlement authority:

17              ( X )  Plaintiff, Eric L Gonzalez

18              ( )  Warden or warden's representative

19              ( X )  Office of the California Attorney General, Rohit Kodical

20              ( X )  Other: Peter Thyberg for CDCR

21         (2) The following individuals, parties, and/or representatives did not appear:

22         _____

23         (3)  The outcome of the proceeding was:

24              ( X )  The case has been completely settled.

25              ( )  The case has been partially resolved and counsel for defendants shall file a joint

26   stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

27   attached remain for this Court to resolve.

28              ( )  The parties are unable to reach an agreement at this time.

United States District Court
Northern District of California

1   **IT IS SO ORDERED.**

2   Dated: 5/4/2016

3   _____

4   NANDOR J. VADAS
    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| ERIC L. GONZALEZ,<br><br>Plaintiff,<br><br>v.<br><br>DARIN BRIGHT, et al.,<br><br>Defendants. | Case No.  13-cv-05735-LHK   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

7

8

9

10

11

12

13

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14

    That on May 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

18

19

Eric L. Gonzalez ID: E66196
P. O. Box 689
Soledad, CA 93960

20

21

Dated: May 4, 2016

22

23

24

Susan Y. Soong
Clerk, United States District Court

25

26

By:_____

27

Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

28

3