**FILED**

MAY 06 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. GONZALEZ, | No. C 13-5735 LHK (PR) |
| Plaintiff, | ORDER DISMISSING ACTION |
| vs. | |
| DARIN BRIGHT, et al., | |
| Defendants. | |

This case was referred to Magistrate Judge Vadas for court-ordered settlement proceedings. The court has been notified that the case has been completely settled. Accordingly, this action and all claims asserted herein are DISMISSED with prejudice. The clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 5/5/2016

Lucy H. Koh
LUCY H. KOH
United States District Judge

Order Dismissing Action
P:\PRO-SE\LHK\Old\CR.13\Gonzalez735sett.wpd